John P. Ashton (0134)
FABIAN VANCOTT
215 South State Street, Suite 1200
Salt Lake City, Utah  84111
Telephone:  (801) 531-8900
Facsimile:  (801) 596-2814
*jashton@fabianvancott.com*

*Attorneys for Plaintiff*

Michael R. McCarthy, USB #8850
Sarah E. Jelsema, USB #13995
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone:  (801) 532-1234
Facsimile:  (801) 536-6111
*MMcCarthy@parsonsbehle.com*
*SJelsema@parsonsbehle.com*

Michael A. Oropallo *(pro hac vice)*
Jason C. Halpin *(pro hac vice)*
BARCLAY DAMON, LLP
One Park Place
300 South State Street
Syracuse, New York  13202
Telephone:  (315) 425-2831
Facsimile:  (315) 703-7367
*moropallo@barclaydamon.com*

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LARSON ARCHERY COMPANY, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE OUTDOORS, LLC, a Delaware limited liability company,<br><br>Defendant. | **ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Case No. 1:15-cv-00044<br><br>Honorable Dale Kimball |

Based upon the Stipulation of Dismissal filed by the parties, the above-entitled action is dismissed WITH PREJUDICE subject to the terms of that certain Settlement agreement dated

December 4, 2015, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED

BY THE COURT:

_____
Honorable Dale Kimball

January 5, 2016